FILED
JUN 13 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) |
| TAVORIS LEKEITH PENNINGTON | ) CR. NO. 2:07cr118-MEF<br>) [18 USC 924(c)(1)(A);<br>) 21 USC 841(a)(1)]<br>)<br>) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 8th day of May, 2006, in Georgiana, Alabama, within the Middle District of Alabama,

TAVORIS LEKEITH PENNINGTON,

defendant herein, knowingly and intentionally possessed with intent to distribute approximately 45.38 grams of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about the 8th day of May, 2006, in Georgiana, Alabama, within the Middle District of Alabama,

TAVORIS LEKEITH PENNINGTON,

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

On or about the 8th day of May, 2006, in Georgiana, Alabama, within the Middle District of Alabama,

### TAVORIS LEKEITH PENNINGTON,

defendant herein, knowingly used and carried a firearm, during and in relation to and possessed said firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States as charged in Count 1 and Count 2 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

A.  Counts 1 through 3 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 924(c)(1), as alleged in Count 3 of this indictment the defendant,

### TAVORIS LEKEITH PENNINGTON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense including, but not limited to, the following:

One Smith & Wesson, Model 10-5, .38 caliber revolver.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 18, United States Code, Section 924.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney

3