

# Memorandum

| Subject | Date |
|---|---|
| Issuance of Arrest Warrant and Limits of Punishment- TAVORIS LEKEITH PENNINGTON Sentencing Guidelines Case | June 12, 2007 |

| To | From |
|---|---|
| Debra P. Hackett, Clerk U.S. District Court | Kent B. Brunson Assistant U.S. Attorney |

Please issue an arrest warrant for the following individual who was indicted at the June 12, 2007, Grand Jury:

TAVORIS LEKEITH PENNINGTON
P.O. Box 324
Georgiana, AL

LIMITS OF PUNISHMENT
COUNT 1
NMT $250,000 fine or twice
gross loss to victim or
twice gross gain to defendant,
whichever is greatest;
NMT 5Y, B;
NLT 2Y SUP REL;
$100 Assessment Fee;
VWPA

COUNT 2
NMT $1,000,000 fine or twice
gross loss to victim or
twice gross gain to defendant,
whichever is greatest;
NMT 20Y, B;
NLT 3Y SUP REL;
$100 Assessment Fee;
VWPA

<u>COUNT 3</u>
NMT $250,000 fine or twice
gross loss to victim or
twice gross gain to defendant,
whichever is greatest;
NLT 5Y NMT Life, B;
NMT 5Y SUP REL;
$100 Assessment Fee;
VWPA

**Estimated trial days: 2**