AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

TAVORIS LEKEITH PENNINGTON
P.O. BOX 324
GEORGIANA, ALABAMA

**WARRANT FOR ARREST**

Case Number: 2:07CR118-MEF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TAVORIS LEKEITH PENNINGTON__
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

Possess with Intent to Distribute a Controlled Substance
Use of a Firearm During and in Relation to Drug Trafficking

in violation of Title __21: and 18:__ United States Code, Section(s) __841(a)(1) and 924(c)(1)(A)__

__DEBRA P. HACKETT__                    _/s/ Kell Queen_
Name of Issuing Officer                  Signature of Issuing Officer

__CLERK OF COURT__                       JUNE 14, 2007, MONTGOMERY, ALABAMA
Title of Issuing Officer                 Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |