IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:07-CR-118-MEF |
| | ) | |
| TAVORIS LEKEITH PENNINGTON | ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** the undersigned counsel, Michael J. Petersen, Esq., and files this motion to withdraw as counsel. In support of this motion, defense counsel states that there is a potential conflict of interest in this representation. CJA Panel attorney **Russell Duraski** has agreed to accept appointment to represent Mr. Pennington.

WHEREFORE, undersigned counsel respectfully requests that this Motion be granted.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esquire, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    s/ Michael J. Petersen
    MICHAEL J. PETERSEN
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: michael_petersen@fd.org
    ASB-5072-E48M