# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v** | ) | **CR. NO. 2:07-CR-118-MEF** |
| | ) | |
| **TAVORIS LEKEITH PENNINGTON** | ) | |

## ORDER

Upon consideration of the *Motion to Withdraw as Counsel* (doc. #13) filed by the defendant, it is

**ORDERED** that the motion to withdraw be and is hereby **GRANTED**.

It is further **ORDERED** that CJA Panel Attorney Russell Duraski be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this court.

Done this 12th day of September, 2007.

            /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE