IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 SEP 18 A 9: 21

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No. 2:07-cr-118-MEF |
| | * | |
| **Tavoris Pennington** | * | |

### NOTICE OF INTENT TO CHANGE PLEA

Comes now the Defendant in the above-styled matter and files this his NOTICE OF INTENT TO CHANGE PLEA and shows as follows:

1. The Defendant is prepared to change his plea to a plea of guilty in this matter and consents to said plea being entered before a Magistrate Judge.

Respectfully submitted this 18th day of September, 2007.

Russell T. Duraski  (DUR007)
Attorney for Defendant
6332 Woodmere Blvd.
Montgomery, Alabama  36117
Telephone:  (334) 260-9733
FAX:  (334) 260-9735

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the Assistant United States Attorney shown below by placing a copy of same in the United States mail, postage prepaid, and properly addressed.

Done this 18th day of September, 2007.

Russell T. Duraski (DUR007)
Attorney for Defendant

Kent Brunson, Esq.
Assistant U.S. Attorney
Post Office Box 197
Montgomery, Alabama  36101-0197