IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:07CR-118-MEF |
| | ) | |
| TAVORIS LEKEITH PENNINGTON | ) | |

**ORDER**

For good cause, it is

ORDERED that the defendant's change plea hearing previously scheduled for September 25, 2007 at 9:00 a.m. be and is hereby **RESET** for **September 25, 2007, at 3:30 pm.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 24th day of September, 2007.

                                            /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE