IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr118-MEF |
| | ) | |
| TAVORIS M. PENNINGTON | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to United States Sentencing Guidelines Section 5K1.1 moves for a two (2) level downward departure in the defendant's total offense level. This request is based upon the following:

On September 20, 2007, Special Agent Sybil Hall-McNeil with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and Special Agent Bob Greenwood with the Drug Enforcement Administration met with Tavoris Pennington concerning knowledge of other criminal activity in Butler and Lowndes counties. Special Agent Hall-McNeil stated that Pennington gave substantial information about drug trafficking and firearms on at least ten (10) people and she expects cases to be made in the future on some of these.

WHEREFORE, for the reasons set forth above and pursuant to U.S.S.G. § 5K1.1, the government is satisfied the defendant is entitled to a two (2) level reduction in his total offense level.

Respectfully submitted this the 15th day of January, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Kent B. Brunson
        KENT B. BRUNSON
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr118-MEF |
| ) | |
| TAVORIS M. PENNINGTON ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Russell T. Duraski, Esq.

        Respectfully submitted,

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Kent B. Brunson
        KENT B. BRUNSON
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: kent.brunson@usdoj.gov