IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-118-MEF |
| | ) | |
| TAVORIS LEKEITH PENNINGTON | ) | |

## **O R D E R**

Consistent with the Court's oral order of February 22, 2008 granting the government's oral motion for downward departure, it is hereby

ORDERED that the government's Amended Motion for Downward Departure (Doc. #36) filed on February 22, 2008 is GRANTED.

DONE this 25th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE